FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2014

No. 04-14-00573-CV

Christopher **CASALS** and Eric Jones,
Appellants

v.

**CITY OF SAN ANTONIO**, Mayor Julian Castro, in his official capacity, and Fire Chief
Charles N. Hood,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-18854
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The Appellee/Cross-Appellant's Unopposed Motion to Consolidate Briefs is GRANTED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court